① 

6-19-17

United States District Court
Southern District of Florida Miami
Division

**17-22325-CIV-MARTINEZ/OTAZO-REYES**

Figueroa negron Eduardo
Plaintiff

FILED by _____ D.C.

JUN 2 2 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. — MIAMI

Vs.

Donald John Trump President
From United States Law Suit
Damadge constitution United States
violate Amendment I (1791) Amendment
VIII. Attempted murder Sexual
abuse and physical violation and
Mental and, I have threatened
me of death if I demand it.
violated

Defendant.

Pursoses of 28 USC¢ 1915 (as)
civil Righ complaint 28 USC ¢
1915 (g).



in the year 2003. MiAMi FloRidA
And 2007. TAMPA FloRidA. together
these people I ve been RAPed these
Are the NAME MElaniA trumP.
BARACK obAMA michelle obAMA
Bill ClinTON HillarY ClinTON
GeorGe wNker Bush, Pedro JuAN
Rossello GonzAlez. SillA MARiA
cAlderon SerrA. Bob ARum pro-
MOTOR BoTeo TOPRAum BoTeiNJ.
Pedro cNero proMoTor dominiCAN
Boting. ANd wife iri cNero
And daughter Promotor Boteo
don king. MichAEL GerArd.
oscar de lA hoYA millie correTJer.
BERNArd HoPKiNS. FloYd JoY
MAYweather Jr. FloYd MAYwea-
ther, Sr. MANNY PACquiao
JiNKee PACquiau Freddie Roach
Julio cesar cHAveZ And his two
sons the Mother of His Sons.
Roberto DurAN SMANiego.
Felix JuAN tRinidAd GArciA
And FAther And Mother And
the First wife JuANCAlos IAN-
Uer tis Mother brother.



Migel Angel cotto VAZguez
And brother Michael Jeffrey
Jordan Michael Jordon And
First wife your son.
LeBron JAMES And coach
Lebron JAMES DENNIS RODMAN,
Armando Christian Pérez.
Shakira Isabel, DAddy YANkee
RAMóN Luis AYALA Rodriguez
Jennifer Lynn Lopez MArc
AnthoNY MARCO RatoNio
MuñiZ. RihANNA Chris Brown
Rick Ross. OJ. Khaled Khaled
Mohamed Khaled. ORika TANYA
MARN. AriANA GrANde Butera,
litwAYNe Michael carter Jr.
Chris Brown christopher MAurice
Brown. Miley Cyrus miley RAY
Cyrus. BeYONce Giselle
JAYZ SO cent Nicole NATAlie
MArrow coco. ICET TRACY lAuren
MArrow. MAripily RiverA.
Noris DiAZ. OlgA teresA TAÑON
OrtiZ. igor GoNZNez.
Alex Rodriguez



Luis Alfonso Rodriguez
Ricky Martin Enrique Martin
Morales, Chayenne Elmer Figue-
roa Arce. Raymon Arrieta
Gustavo Roy Diaz Big Boy.
Maya Cruz Tobbo Santarrosa
Luis Armando lozada Cruz
VICO C. And wife And daughter
Ruben urrutia Ruben O5.
Angel Luis ortiz. Wiso G.
Hector luis Delgado Roman
Hector El Father. Guana Bmas
Dr Eric la industria Kanye
West Fat Joe Calvin cordo-
zar Broadus, Jr. OShea Jackson
Ice cube. cameron Jibril thomaz
wiz khalifa israel Pernes
ortiz. Meticano. David Sanchez
Badillo. Efrain David Fines
Neubres tito el Bambino.
Eddie Netander Avilla ortiz
Eddie Dee. Tego calderon
Rosario Tego calderon. Don
Omar william omar landron
Rivera Julio voltio Julio irving
Ramos Filomero.

Yandel Llandel vegilla MAINUE
Wisin JUAN Luis Morera
Luna. Arcangel Austin
Santos. Jose Fernando
Coscelluela Suárez Farruko
Carlos Efren Reyes Rosado
Nicky Jam Nick Rivera
Caminero. Ñengo Flow Edwin
Laureano Rosa Vazquez
Ortiz Jose Fernando Rivera
Morales. Tendo Kaponi
Jose Alberto torres Abreu
Yomo. Bad Basta y Gringo
Alberto Stylee
Joel Hernandez Rodriguez
Master Joe. Adolfo Ramirez
Bruno, O.G. Black. Robert
Edward Rosa Suárez Draco
Rosa Ruben Blades Bellino de
Luna. Courder Chacoa
Iris Chacon Gerardo Rivera
Rodriguez Jerry Rivera.
Lito y Polaco Rafael Sierra
(Lito Mc Cassidy) Rafael Omar
Polaco.



(6)

Alberto Mendoza Nieves
MC (e)A. Edgar Santana
alias Mr Cacucci. Ricardo
Garcia ortiz Don Chezina And
Mother Empire. Calos A lopez
Rivera, Rafael torres ortega.
John Henry El chino millan
And wife And daughter.
Ludy Lopez Pactor Church
Misionera Senda de libertat
Puerto Rico Dorado And
husband Mary Stoll Manager
FSJ Rooming House 115 Po Box
8337 Tampa Florida 33672.
813-924-8289. TRiana Caribb-
ean, Cuisine 8330 N. Florida
Aue. Tampa, Florida 33615. 786-
970 1575. Mi Sol Cafe 213
E. Yukon St Tampa Florida
33604. 813-915-0001. DR
Cameo 4714 N. Armenia Aue
Ste. 100 Tampa Florida 33603
And the nurse. Jesus curena
correctional Probation Senior
officer Florida Department of
corrections 1313 N. Tampa St →→



Suite # 438 Tampa Florida
33602 pervisor. David Ramos
Rivera. Ivette Ramos Rivera
Tammya Ramos Rivera 787-
204-7550. Rolisa Ramos
Rivera y children from
David Ramos Rivera and the
mother of the sons David
Ramos Rivera Puerto Rico
Dorado Dorraville. Dessire
Rosado 813 900-25 87.
Fatima 813 381-0321  Fran
Castro 803 412-2066. Juan
Alberto 813 516-7171. Quique
813-360 3408.  Raymon
Torres 484-632 /108.
Jose Clementes Pintos
Alias Cheo wife alias Awilda
and children and family
they are people they are
dangerous. Angel Luis
Rosado 813-735 3547 and
family mother and sister.
Magic Mall 8330 N. Florida Ave
Tampa Florida 33604. 813-714
62 73. Tatoos Alex 813-606-8786.
→



GOOD SAMARITAN John F
WATSON 3302 FLORIDA AVENUE
TAMPA FLORIDA 33603. ElAdio
Figueroa Negrón. GEORGINA
NEgrón AYALA. Letisia Figue-
Roa Negrón husband And
the FAMily. Jesica Figueroa
Negron And husband Samuel
Molina And FAMily And
children Yemuel Molina
Figueroa, Luis Samuel Molina
Figueroa. 787-882-3914.
MARIA Negron AYALA 203-
706-6981 children the FAther
of their children Tony Suaso
MINERUA NEgron AYALA
ElAdiA NEgron AYALA Sonia
Gon Salez Negron, Fundador
Figueroa NEgron And wife
children And the willes of
chidren. Luis Figueroa Negron
And wife their daughters.
MArisa Figueroa Negron And
husband And children.
ErmerAda Figueroa And hus-
band Dino Figueroa gAci Fi-
gueroa And mother →



wife. Ricardo Figueroa
Negron And wife And
children Leo Figueroa
Negron And the daughters
the mother of daughters
Anparo Figueroa, Estefani
Figueroa. Martha Mendez
813-518-4931, hussand wili
Martinez Mother Martha
Mendez And Sister children
Estefani Joan children Martha
Mendez Juanita Daniele
Castro Paula Castro 847-
682 70 44. the whole family
From my Father Rafael
Rodrigues Ruis Alias Rafi
yoReN. Setuel Torres.
Ana Odedo lives in Florida
Miami hussand children Sister
Pedro toledo. Alcin Alisen Aroyo
Chidren And wife Hurricane
Boting Gym Sergortiz willo
Manager they took Me out
blood Semen and they told Me
that IF I demand them they
are going to kill

10

a PerSon And nocent And go to dervmine my blood And semen To scesject me A death to me And A ciolation. they have blood And semen in fridge to make me to kill rape setual mind And give him blood had semen. I need protection federal for my et wife And his son I was never married legal but I lived with her. SASrinA eSpoTiTo Ruiz livez in florida TAMPA Your son is called JoeL they rAped they drugged us and the police pistol of electricity missing person that I hAve compLAint I need that the coert I was citing Give me protection federal for my And for SASrinA eSpoTiTo Ruiz And son.

13

Exhaustion legal Remedies

Plaintiff Figueroa Negrón
Eduardo to tRay to Soluel
Problema.

Playe For Relief 600,000,
000000. Billon.

MOTION FOR APPOINTMENT
TO COUNSEL

I have READ the FOREgoing
complaint and Hebeby
verify that the MATTERS
ALLEGED THERE in ARE
TRUE and CORRECT I certify
under PENALTY of PerjuRy
that the FOREgoing is true
and CORRECT PuRSuant to
28. U.S.C. § 1746.

CERTIFICATE Service.

deposited in the MAil

Figueroa US. DonAld John trump
plaintiff        defendant

And PROPER adress to person
NAmed And Adresed A Relisted
bellow. united STATE District
court Southern District of Florida
400 NORTh MiAMi AUENUE
MiAMi FloRida 33128-7716

Figueroa
figueroa
plain-tiff
Pro-SE



Figuero Negron eduardo
Po Box 173999
TAMPA Florida 33612

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 3560 0000 3333 3275

United States
court.
Southern District
office of the clerk-Room
400, North Miami Ave
Miami Florida 33128